IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| Bryan Hacker | ) | |
| 4115 N. 16th Place | ) | |
| Arlington, VA  22207 | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | Removed from the Superior Court |
| Raise the Bar, LLC | ) | of the District of Columbia |
| d/b/a Coyote Ugly | ) | |
| 717 6th Street, N.W. | ) | |
| Washington, DC 20001 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| Ugly, Inc. | ) | |
| 2640 U.S. Route 9W | ) | |
| Cornwall, NY 12518 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| Jennifer Worthington | ) | |
| 3012 S. Rancho Road | ) | |
| Las Vegas, NV 89102 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| Andre Johnson | ) | |
| 717 – 6th Street, N.W. | ) | |
| Washington, DC 200011 | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF REMOVAL

Defendant Ugly, Inc. ("Ugly, Inc."), by counsel, pursuant to 28 U.S.C. §§ 1441, et seq., 28 U.S.C. § 1332, and Fed. R. Civ. P. 81(c), hereby respectfully submits this Notice of Removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. In support thereof, Ugly, Inc., states the following:

### I.

On March 30, 2007, Plaintiff Bryan Hacker filed an Amended Complaint in the Superior Court of the District of Columbia against Ugly, Inc., among other defendants. See Amended Complaint ("Compl.") and Writ of Summons, copies of which are collectively attached hereto and made a part hereof as Exhibit "A". That state court proceeding is styled Bryan Hacker v. Raise the Bar, LLC, Ugly, Inc., Jennifer Worthington, and Andre Johnson, and is assigned Civil Action No. 2007 CA 000168 (Exhibit "A" hereto). Plaintiff caused process to be served upon Ugly Inc., on June 5, 2007.

This is a personal injury action in which Plaintiff alleges that he was assaulted and battered by the Defendants individually or by and through their agents and/or servants, while a patron at an establishment known as Coyote Ugly on October 29, 2005. Plaintiff brings causes of action against the Defendants for assault (Count I); battery (Count II); and negligence (Count III).

346908v.1

**II.**

This Notice of Removal is being filed within thirty (30) days of June 5, 2007, and within one (1) year of the commencement of this action, as is mandated by 28 U.S.C. § 1446(b).  See also Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999).  Accordingly, removal of this action is timely.

**III.**

28 U.S.C. § 1441(a) provides that any civil action brought in a State in which the district courts of the United States have jurisdiction may be removed by the defendant to the district court of the United States embracing the state court where such action is pending.  Removal venue exists in this Court because the Superior Court of the District of Columbia is located within the geographical area embraced by the United States District Court for the District of Columbia.  See 28 U.S.C. § 1441(a).

**IV.**

This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332.

**V.**

**<u>DIVERSITY OF CITIZENSHIP; AMOUNT IN CONTROVERSY</u>**

Pursuant to 28 U.S.C. § 1332(a), this Court has original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.  The caption to Plaintiff's Amended Complaint states that Plaintiff Bryan Hacker resides in Arlington, Virginia.  Upon information and belief, Plaintiff is therefore a citizen for diversity

346908v.1

purposes of Arlington, Virginia.   See Case Caption to Amended Complaint., ¶3 (Exhibit "A" hereto).

Defendant Ugly, Inc., is a citizen of New York, because it is a New York corporation with a principal place of business in New York.

Plaintiff's Amended Complaint alleges that Defendant Raise the Bar, LLC, was an owner and/or operator of an establishment known as Coyote Ugly located at 717 6th Street, N.W. Washington, DC.  Upon information and belief, Raise the Bar, LLC, is therefore a citizen of the District of Columbia for diversity purposes.  See Compl., ¶1 (Exhibit "A" hereto).

The caption to Plaintiff's Amended Complaint indicates that Defendant Jennifer Worthington resides at 3012 S. Rancho Road, Las Vegas, NV  89102,  Upon information and belief, Plaintiff is therefore a citizen for diversity purposes of Nevada.  See Case Caption to Amended Complaint. (Exhibit "A" hereto).

The caption to Plaintiff's Amended Complaint indicates an address for Defendant Andre Johnson at 717 6th Street, N.W., Washington, D.C., which is also designated as the location of the public saloon and dance club known as Coyote Ugly.  The Amended Complaint contains no specific allegation of residency as to Defendant Johnson.  Upon information and belief, however, Defendant  Johnson is not a citizen of Virginia.

Plaintiff's Amended Complaint alleges a specific amount of claimed damages in the sum of two hundred fifty thousand ($250,000.00) in compensatory and two hundred fifty thousand ($250,000.00) in punitive. See Compl., "wherefore clause" (Exhibit "A" hereto).

4

Given that the diversity of citizenship and amount in controversy requirements of 28 U.S.C. § 1332 are satisfied, this Court has original jurisdiction of this civil action.

## VII.

While removal generally requires unanimous consent by all defendants, this court recognizes an exception to that rule "where one or more of the defendants has not yet been served with the initial pleading at the time the removal petition was filed." Kopff v. World Research Group, 298 F. Supp. 2d 50, 54 (D.D.C. 2003).

A review of the Civil Docket Entries at the Superior Court for the District of Columbia through the Superior Court's Case Docket Public Access System, fails to show any affidavit of service or other evidence of service upon Raise the Bar, LLC, Jennifer Worthington, or Andre Johnson, or entry of appearance on their behalf, at any time up to and including the date of this filing.   (See Exhibit "B" attached hereto.)  In addition, Plaintiff has filed two motions to enlarge time for service of process in the Superior Court of the District of Columbia indicating he has had difficulty serving these Defendants. (See Plaintiff's Motion to Enlarge Time for Service of Process and Second Motion to Enlarge Time for Service of Process, Exhibit "C," hereto).

Upon information and belief, Defendants Raise the Bar, LLC, Jennifer Worthington, and Andre Johnson have not been served with the initial pleading at the time this removal petition was filed.

## VIII.

Pursuant to 28 U.S.C. § 1446(a), Ugly, Inc., files herewith true and legible copies of all process, pleadings, documents, and orders which have been served upon it. <u>See</u> Exhibit "A" hereto.

## IX.

Pursuant to 28 U.S.C. § 1446(d), prompt written notice of this Notice of Removal is being given to Plaintiff Bryan Hacker, through his attorney, Barry S. Kopit, Esq.; to Defendant Jennifer Worthington, at the address listed in the caption to Plaintiff's Amended Complaint, and to the Superior Court of the District of Columbia. As Plaintiff indicated in his Motion to Enlarge Time for Service of Process (Exhibit "C"), the entity known as Coyote Ugly is no longer in business and thus the address listed in Plaintiff's Amended Complaint for Defendants Raise the Bar, LLC, and Andre Johnson at that establishment is not valid. Additionally, upon information and belief, these defendants have not been served with the initial pleading in this case. Accordingly, written notice of this Notice of Removal is not being given to Defendants Raise the Bar, LLC, and Andre Johnson.

Respectfully submitted,

6

JACKSON & CAMPBELL, P.C.

By: _____
Nicholas S. McConnell (Bar No. 167742)
Maria A. Hall (Bar No. 488727)
1120 20th Street, N.W., South Tower
Washington, D.C.  20036
(202) 457-1600 – telephone
(202) 457-1678 – facsimile
NMcConnell@Jackscamp.com
MHall@Jackscamp.com

Counsel for Defendant Ugly, Inc.

7

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2007, I caused a copy of the

foregoing Notice of Removal with appended Exhibits "A" - "C" to be served by first

class mail, postage prepaid, upon:

> Barry S. Kopit, Esq.
> 1828 L Street, N.W., Suite 902
> Washington, DC 20036
> Counsel for Plaintiff Bryan Hacker
>
> Jennifer Worthington
> 3012 S. Rancho Road
> Las Vegas, NV 89102
> Defendant

> _Maria Hall_
> Maria A. Hall

8

# EXHIBIT A

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001  Telephone: 879-1133

BRYAN HACKER

*Plaintiff*

**VS.**

UGLY, INC.

*Defendant*

Civil Action No. _____

2007 CA 00 9168

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Barry S. Kopit, Esquire, #419025

Name of Plaintiff's Attorney

1828 L Street, N.W., Suite 902

Address

Washington, D.C. 20036

(202)872-1545

Telephone



By _____
Deputy Clerk

Date _____ MAR 3 0 2007

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE. N.W., ROOM JM 170

Form CV(6)-456/Mar. 98

NOTE:  SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1 161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

BRYAN HACKER                          *
4115 N. 16th Place                    * Case No: 2007 CA 000168 B
Arlington, Virginia 22207             * Calendar: 12
                                      * Judge: Morin
        Plaintiff,                    *
                                      *
   vs.                                *
                                      *
RAISE THE BAR, LLC.                   *
d/b/a Coyote Ugly                     *
717 - 6th Street, N.W.                *
Washington, D.C. 20001                *
                                      *
   and                                *
                                      *
UGLY, INC.                            *
2640 U.S. Highway 9 W.                *
Cornwall, NY 12518                    *
                                      *
   and                                *
                                      *
JENNIFER WORTHINGTON                  *
3012 S. Rancho Road                   *
Las Vegas, NV 89102                   *
                                      *
   and                                *
                                      *
ANDRE JOHNSON                         *
717 - 6th Street, N.W.                *
Washington, D.C. 20001                *
                                      *
        Defendants.



### A M E N D E D
### C O M P L A I N T
### (Assault, Battery & Negligence)

COMES NOW the Plaintiff, BRYAN HACKER, by and through his attorneys, Barry S. Kopit, Esquire and Jay S. Weiss, Esquire and sues the Defendants, RAISE THE BAR, LLC, UGLY, INC., JENNIFER WORTHINGTON, and ANDRE JOHNSON and as grounds therefore states as follows:

LAW OFFICES
JAY S. WEISS, P.C.
SUITE 902
1828 L STREET, N.W.
WASHINGTON, D.C. 20036
(202) 872-1545
(202) 296-0568 Fax

<u>FACTS</u>

1.  At all times material herein, upon information and belief, Defendant Raise the Bar, LLC, was an owner and/or operator of a public saloon and dance club known as Coyote Ugly located at 717 - 6th Street, N.W., Washington, D.C.

2.  At all times material herein, upon information and belief, Defendant Ugly, Inc., was an owner and/or operator of a public saloon and dance club located at 717 - 6th Street, N.W., Washington, D.C.

3.  At all times material herein upon information and belief, Defendant Jennifer Worthington, was an owner and/or operator of a public saloon and dance club located at 717 - 6th Street, N.W., Washington, D.C.

4.  At all times material herein, and upon information and belief, Defendant Andre Johnson was an employee of the public saloon and dance club known as Coyote Ugly owned and/or operated by the Defendants and located at 717 - 6th Street, N.W., Washington, D.C., and was acting within the scope of his employment.

5.  On or about October 29, 2005 the Plaintiff was a patron at Coyote Ugly and was attending a costume party to which the public was invited.

6.  At the time and place hereinabove stated the Plaintiff was invited up onto a dance stage by female patrons and employees who were dancing thereon.

LAW OFFICES
JAY S. WEISS, P.C.
SUITE 902
1828 L STREET, N.W.
WASHINGTON, D.C. 20036
(202) 872-1545
(202) 296-0568 Fax

2

7. While the Plaintiff was dancing on the stage he was tackled and thrown to the ground by Defendant Johnson.

8. As a direct and proximate result of being thrown to the ground by Defendant Johnson the Plaintiff sustained serious, painful and permanent injuries which required medical care and resulted in medical expenses. Additionally, the Plaintiff experienced great pain, suffering and inconvenience and will continue to experience great pain and suffering in the future. The Plaintiff also lost time from his employment which resulted in a loss of wages.

9. At all times material herein the Plaintiff was acting in a lawful manner and did not cause or contribute to his injuries.

### COUNT I
### (Assault)

Plaintiff hereby adopts and incorporates paragraphs 1 through 9 and prays that they be read as if fully recited at length herein.

10. Defendants, individually or by and through their agents and/or servants, intentionally and unlawfully threatened or attempted to cause physical harm or offensive contact with the Plaintiff placing the Plaintiff in fear of imminent physical harm or other offensive contact which resulted in injury.

WHEREFORE, the Plaintiff, BRYAN HACKER, demands judgment against the Defendants, RAISE THE BAR, LLC, UGLY, INC., JENNIFER WORTHINGTON and ANDRE JOHNSON, and each of them, jointly and severally, in the amount of Two Hundred Fifty Thousand Dollars

LAW OFFICES
JAY S. WEISS, P.C.
SUITE 902
1828 L STREET, N.W.
WASHINGTON, D.C. 20036
(202) 872-1545
(202) 296-0568 Fax

($250,000.00) besides interest and costs of this action as compensatory damages and Two Hundred Fifty Thousand Dollars ($250,000.00) as punitive damages.

### COUNT II
### (Battery)

Plaintiff hereby adopts and incorporates paragraphs 1 through 10 and prays that they be read as if fully recited at length herein.

11.    The Defendants individually or by and through their agents and/or servants intentionally battered, touched and used force on the Plaintiff in a harmful, offensive and insulting way resulting in injury.

WHEREFORE, the Plaintiff, BRYAN HACKER, demands judgment against the Defendants, RAISE THE BAR, LLC, UGLY, INC., JENNIFER WORTHINGTON and ANDRE JOHNSON, and each of them, jointly and severally, in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) besides interest and costs of this action as compensatory damages and Two Hundred Fifty Thousand Dollars ($250,000.00) as punitive damages.

### COUNT III
### (Negligence)

Plaintiff hereby adopts and incorporates paragraphs 1 through 11 and prays that they be read as if fully recited at length herein.

12.    At all times material herein Defendants individually and/or by and through their agents and/or employees had a duty to the Plaintiff to exercise reasonable care under the circumstances

LAW OFFICES
JAY S. WEISS, P.C.
SUITE 902
1828 L STREET, N.W.
WASHINGTON, D.C. 20036
(202) 872-1545
(202) 296-0568 Fax

4

and to keep the premises reasonably safe so as to avoid injuring those lawfully upon the premise.

13.    Defendants breached their duty of reasonable care when Defendant Johnson attacked, tackled and threw the Plaintiff to the ground in an effort to remove the Plaintiff from the stage which resulted in injury to the Plaintiff.

WHEREFORE, the Plaintiff, BRYAN HACKER, demands judgment against the Defendants, RAISE THE BAR, LLC, UGLY, INC., JENNIFER WORTHINGTON and ANDRE JOHNSON, and each of them, jointly and severally, in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) besides interest and costs of this action as compensatory damages.

Respectfully submitted,

*LAW OFFICES JAY S. WEISS, P.C.*

By: _____
Barry S. Kopit
Bar No: 419025
1828 L Street, N.W.
Suite 902
Washington, D.C.  20036
(202) 872-1545
Attorneys for Plaintiff

By: _____
Jay S. Weiss
Bar No: 29652
1828 L Street, N.W.
Suite 902
Washington, D.C.  20036
(202) 872-1545
Attorneys for Plaintiff

LAW OFFICES
JAY S. WEISS, P.C.
SUITE 902
1828 L STREET, N.W.
WASHINGTON, D.C. 20036
(202) 872-1545
(202) 296-0568 Fax

5

<u>JURY DEMAND</u>

The Plaintiff hereby demands a trial by a jury on all issues herein.

Barry S. Kopitz
Attorney for Plaintiff

LAW OFFICES
JAY S. WEISS, P.C.
SUITE 902
1828 L STREET, N.W.
WASHINGTON, D.C. 20036
(202) 872-1545
(202) 296-0568 Fax

6

## 2007 CA 000168 B HACKER, BRYAN Vs. RAISE THE BAR, LLC

| File Date | 01/10/2007 | Case Status | Open | Case Status Date | 01/10/2007 |
|---|---|---|---|---|---|
| | | Case Disposition | Undisposed | Case Disposition Date | |

### Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| HACKER, BRYAN | | PLAINTIFF | KOPIT, Mr BARRY S | (202)296-0568 |
| RAISE THE BAR, LLC | COYOTE UGLY | Defendant | | |
| JOHNSON, ANDRE | | Defendant | | |
| UGLY, INC | | Defendant | | |
| WORTHINGTON, JENNIFER | | Defendant | | |
| JOHNSON, ANDRE | | Defendant | | |

### Case Schedule

| Date | Start Time | Event Type | Result |
|---|---|---|---|
| 09/07/2007 | 09:30 AM | Scheduling Conference Hearing | |

### Financial Entries

| Receipt # | Date | Received From | Amount Paid |
|---|---|---|---|
| 73252 | 05/19/2007 | KOPIT, Mr BARRY S | 20.00 |

| Payment | | Fee | |
|---|---|---|---|
| Receipt Depositor | 20.00 | Cost | 20.00 |

| Receipt # | Date | Received From | Amount Paid |
|---|---|---|---|
| 66731 | 03/08/2007 | KOPIT, Mr BARRY S | 20.00 |

| Payment | | Fee | |
|---|---|---|---|
| Receipt Depositor | 20.00 | Cost | 20.00 |

| Receipt # | Date | Received From | Amount Paid |
|---|---|---|---|
| 61610 | 01/10/2007 | JAY S. WEISS PC | 120.00 |

| Payment | | Fee | |
|---|---|---|---|
| Check | 120.00 | Cost | 120.00 |

### Docket Entries

| Date | Text |
|---|---|

| | |
|---|---|
| 06/15/2007 | Proof of Service Method : Service Issued Issued : 04/03/2007 Service : Summons Issued Served : 06/05/2007 Return : 06/15/2007 On : UGLY, INC Signed By : Jeff Wiseman Reason : Proof of Service Comment : Tracking #: 5000030146 |
| 06/15/2007 | Affidavit of Service of Summons & Complaint on UGLY, INC (Defendant); |
| 05/30/2007 | Proof of Service to Order Granting Plaintiff's Second Motion to Enlarge Time for Service Submitted 5/30/07 16:13. ts. Signed by Judge Morin on 5/30/07. Attorney: MORIN, ROBERT E E (308916) |
| 05/30/2007 | Order Granting Plaintiff's Second Motion to Enlarge Time for Service Submitted 5/30/07 16:13. ts. Signed by Judge Morin on 5/30/07. Attorney: MORIN, ROBERT E E (308916) |
| 05/30/2007 | Order Granting Plaintiff's Second Motion to Enlarge Time for Service of Process Entered on the Docket on 05/30/07; Order SIGNED by Judge Morin 5/30/07; Order E-FILED 5/30/07; Copies served electronically on counsel through eFiling for Courts. Plaintiff shall have until the 1st day of August 2007 to serve the Defendants. (lyg) Copies were also sent via US Mail to the following: Raise the Bar, LLC 717 - 6th Street, N.W. Washington, D.C. 20001 Andre Johnson 717 - 6th Street, N.W. Washington, D.C. 20001 Ugly, Inc. 2640 U.S. Highway 9W Cornwall, NY 12518 Jennifer Worthington 3012 South Rancho Road Las Vegas, NV 89102 |
| 05/24/2007 | Event Resulted: The following event: Scheduling Conference Hearing scheduled for 06/29/2007 at 9:30 am has been resulted as follows: Result: Sched Conf Hearing Continued pursuant to order granting motion for extension of time to serve, signed by J. Morin on 5/24/07. Judge: MORIN, ROBERT E Location: Courtroom 517 |
| 05/24/2007 | Event Scheduled Event: Scheduling Conference Hearing Date: 09/07/2007 Time: 9:30 am Judge: MORIN, ROBERT E Location: Courtroom 517 |
| 05/24/2007 | Notice of Hearing Mailed Next Business Day Notice Of Hearing Sent on: 05/24/2007 16:50:01 |
| 05/18/2007 | Second Motion to Enlarge Time for Service of Process. Filed. Submitted. 05/18/2007 12:04. ncv. Attorney: KOPIT, Mr BARRY S (419025) BRYAN HACKER (PLAINTIFF); Receipt: 73252 Date: 05/19/2007 |
| 04/18/2007 | RETURNED NOTICE for: Scheduling Conference Hearing - issued 4/3/07 NOTICE Mailed to: JENNIFER WORTHINGTON NOTICE Returned to Court on: 4/18/07 Reason: Attempted - not known |
| 04/03/2007 | Proof of Service to Order Granting Plaintiff's Motion to Extend Time to Serve until 6/2/07 Submitted on 04/03/2007 15:26. jmv. Signed by Judge Morin on 4/3/07. |
| 04/03/2007 | Order Granting Plaintiff's Motion to Extend Time to Serve until 6/2/07 Submitted on 04/03/2007 15:26. jmv. Signed by Judge Morin on 4/3/07. |
| 04/03/2007 | Order Granting Motion to Extend Time to Serve Entered on the Docket on 04/03/07; Order SIGNED by Judge Morin and E-FILED on 04/03/07 and copies served electronically on counsel for plaintiff through eFiling for Courts and a copy was mailed from chambers on 04/04/07 to defendant parties as addressed in the order as follows: (1) Raise the Bar, LLC, (2) Andre Johnson, (3) Ugly, Inc., and (4) Jennifer Worthington. (lyg) |
| 04/03/2007 | Event Scheduled Event: Scheduling Conference Hearing Date: 06/29/2007 Time: 9:30 am Judge: MORIN, ROBERT E Location: Courtroom 517 |
| 04/03/2007 | Notice of Hearing Mailed Next Business Day Notice Of Hearing Sent on: 04/03/2007 11:04:31 |
| 04/03/2007 | Event Resulted: The following event: Initial Scheduling Conference-60 scheduled for 04/20/2007 at 9:30 am has been resulted as follows: Result: Status Conference Continued pursuant to Order granting motion for extension of time to serve defendants, signed by J. Morin on 4/3/07. Judge: MORIN, ROBERT E Location: Courtroom 517 |
| 04/03/2007 | Issue Date: 04/03/2007 Service: Summons Issued Method: Service Issued Cost Per: $ UGLY, INC 2640 U.S. HIGHWAY 9 W. CORNWALL, NY 12518 Tracking No: 5000030146 WORTHINGTON, JENNIFER 3012 S. RANCHO ROAD LAS VEGAS, NV 89102 Tracking No: 5000030147 JOHNSON, ANDRE 717 6TH STREET NW WASHINGTON, DC 20001 Tracking No: 5000030148 |
| 03/30/2007 | Alias Summons Issued on Ugly, Inc |
| 03/30/2007 | Alias Summons Issued on Jennifer Worthington |
| 03/30/2007 | Amended Complaint Filed Mr BARRY S KOPIT (Attorney) on behalf of BRYAN HACKER (PLAINTIFF) |
| 03/02/2007 | Motion to Enlarge Time For Service of Process Filed. Submitted 03/02/2007 16:41. |

| | |
|---|---|
| | sams. Attorney: KOPIT, Mr BARRY S (419025) BRYAN HACKER (PLAINTIFF); Receipt: 66731 Date: 03/08/2007 |
| 01/11/2007 | Issue Date: 01/11/2007 Service: Summons Issued Method: Service Issued Cost Per: $ RAISE THE BAR, LLC 717 6th Street, NW WASHINGTON, DC 20001 Tracking No: 5000025831 JOHNSON, ANDRE 717 6th Street, NW WASHINGTON, DC 20001 Tracking No: 5000025832 |
| 01/10/2007 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 04/20/2007 Time: 9:30 am Judge: MORIN, ROBERT E Location: Courtroom 517 |
| 01/10/2007 | Complaint for Personal Injury Filed Receipt: 61610 Date: 01/10/2007 |

# EXHIBIT C

Filed
D.C. Superior Court
07 Mar 02 P04:41
Clerk of Court

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

### Civil Division

| | |
|---|---|
| BRYAN HACKER | * |
| | * Case No: 2007 CA 000168 B |
|     Plaintiff, | * Calendar: 12 |
| | * Judge: Morin |
| vs. | * |
| | * |
| RAISE THE BAR, LLC., et al. | * |
| | * |
|     Defendants. | * |

### MOTION TO ENLARGE TIME FOR
### SERVICE OF PROCESS

COMES NOW the Plaintiff by and through Counsel, BARRY S. KOPIT and LAW OFFICES JAY S. WEISS, P.C., and moves this Honorable Court for an Order enlarging time for service of process as to the Defendants, and as reasons therefore states as follows:

1. The Complaint in this matter was filed on January 10, 2007 and the Summonses were issued at that time.

2. Pursuant to Rule 4(m) an Affidavit of Service or a Motion to Enlarge Time must be filed within 60 days from the date the Complaint was initially filed. This Motion is timely pursuant to Rule 4(m).

3. The Plaintiff has sued a corporate entity and an employee of that corporate entity for personal injuries. The Summonses and Complaint were sent to a private investigator immediately after the filing of this Complaint so that service of process could be perfected.

4. The private investigator has reported that the

establishment known as Coyote Ugly is now out of business and that Defendant Raise The Bar, LLC no longer has a valid corporate charter in the District of Columbia.

5.    It has further been learned that there are additional Defendants which maybe necessary parties to this lawsuit.  The Plaintiff will be filing an Amended Complaint adding an entity known as Ugly, Inc., and an individual known as Jennifer Worthington as additional Defendants.  Putative Defendant Ugly, Inc., appears to be a New York Corporation and putative Defendant Jennifer Worthington appears to be a resident of Nevada.

6.    The Plaintiff will not be able to complete service of process within the time constraints of Rule 4(m).

7.    Plaintiff has instructed the private investigator to continue tracking all potential information confirming the existence and location of appropriate agents for service of process.  Additionally, the private investigator is in touch with various process serving entities in Nevada and New York in the hope that once the appropriate papers are issued by the Court they can be served in a timely manner.

WHEREFORE, the Plaintiff moves this Honorable Court for an Order enlarging the time to serve all Defendants for an additional 60 days.

Respectfully submitted,

**LAW OFFICES JAY S. WEISS, P.C.**

By:    /s/Barry S. Kopit
       Barry S. Kopit #419025
       1828 L Street, N.W.
       Suite 902
       Washington, D.C.  20036
       (202)872-1545
       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion To Enlarge Time for Service of Process was efiled, this 2nd day of March, 2007, to the following:

Hon. Robert E. Morin
D.C. Superior Court
500 Indiana Avenue, N.W.
Chambers No. JM630
Washington, D.C. 20001
judgemorineserve@dcsc.gov

       /s/Barry S. Kopit
       Barry S. Kopit
       Attorney for Plaintiff

3

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| BRYAN HACKER | * |
| | * Case No: 2007 CA 000168 B |
| Plaintiff, | * Calendar: 12 |
| | * Judge: Morin |
| vs. | * |
| | * |
| RAISE THE BAR, LLC., et al. | * |
| | * |
| Defendants. | * |

O R D E R
ENLARGING TIME FOR SERVICE OF PROCESS

UPON CONSIDERATION of the Plaintiff's Motion to Enlarge Time for Service of Process, sufficient grounds having been shown, it is, this _____ day of _____, 2007,

ORDERED, that Plaintiff's Motion be, and the same is hereby, GRANTED, and further,

ORDERED, that the Plaintiff shall have until the _____ day of _____, 2007 to either serve the Defendants or seek such additional relief from this Court as maybe appropriate at that time, and further,

ORDERED, that the Initial Scheduling Conference shall be continued to the _____ day of _____ 2007 at 9:30 a.m.

_____
ROBERT E. MORIN, Judge
D.C. Superior Court

*Copies to*:
Barry S. Kopit, Esquire
1828 L Street, N.W., suite 902
Washington, D.C.  20036

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| BRYAN HACKER | * Case No: 2007 CA 000168 B |
|     Plaintiff, | * Calendar: 12 |
| | * Judge: Morin |
| | * Next Event: Scheduling Conf. |
| vs. | * Date: 6/29/07 |
| | * Time: 9:30 a.m. |
| RAISE THE BAR, LLC., et al. | * |
| | * |
|     Defendants. | |

### PLAINTIFF'S SECOND MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS

COMES NOW the Plaintiff by and through Counsel, BARRY S. KOPIT and LAW OFFICES JAY S. WEISS, P.C., and moves this Court for an Order further enlarging the time within which to serve the Defendants, and as grounds therefore states as follows:

1.  Plaintiff initially filed a Motion to Enlarge Time for Service of Process on March 2, 2007.  That Motion advised the Court of the difficulty Plaintiff was having service an inactive corporate Defendant and also advised the Court that additional corporate Defendants would have to be added as Defendants.

2.  This Honorable Court granted the Plaintiff's Motion pursuant to an Order of June 2, 2007 and allowed the Plaintiff until June 2, 2007 to serve the Defendants.  The Court also set a Scheduling Conference for June 29, 2007 at 9:30 a.m.

3.  On or about March 30, 2007 the Plaintiff filed an Amended Complaint adding two additional Defendants.  One was an individual Defendant in Nevada and the other a corporation with a

resident agent believed to be in New York.

4.    Plaintiff has sent all of the Summonses to a new process server who has contacts in Nevada and New York in addition to the District of Columbia so that all Defendants can be served. However, some of these corporations are no longer in existence and despite diligent efforts that Plaintiff has been unable to perfect service of process.

5.    It does not appear that service of process will be perfected in time to file Affidavits of Service on or before the June 2, 2007 due date.

6.    The Plaintiff can assure the Court that all reasonable efforts are being made in the States of Nevada and New York, as well as in the District of Columbia to locate the appropriate agents for service of process. These efforts will continue until such time as service of process is perfected.

7.    This Motion is timely pursuant to Rule 4(m) as well as this Court's Order of April 3, 2007.

*WHEREFORE*, the Plaintiff moves this Court for an Order allowing an additional 60 days for service of process.

Respectfully submitted,

*LAW OFFICES JAY S. WEISS, P.C.*

By:    /s/Barry S. Kopit
Barry S. Kopit #419025
1828 L Street, N.W., Suite 902
Washington, D.C.  20036
(202)872-1545
Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Second Motion To Enlarge Time For Service Of Process was mailed first class, postage prepaid, this 18th day of May, 2007, to the following:

Raise the Bar, LLC
717 - 6th Street, N.W.
Washington, D.C. 20001

Andre Johnson
717 - 6th Street, N.W.
Washington, D.C. 20001

Ugly, Inc.
2640 U.S. Highway 9W
Cornwall, NY 12518

Jennifer Worthington
3012 South Rancho Road
Las Vegas, NV 89102

Hon. Robert E. Morin
D.C. Superior Court
500 Indiana Avenue, N.W.
Chambers No. JM630
Washington, D.C. 20001
judgemorineserve@dcsc.gov
*EMAILED: PROPOSED ORDER ONLY*

/s/Barry S. Kopit
Barry S. Kopit
Attorney for Plaintiff

3

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| BRYAN HACKER | * |
| | * Case No: 2007 CA 000168 B |
| Plaintiff, | * Calendar: 12 |
| | * Judge: Morin |
| vs. | * Next Event: Scheduling Conf. |
| | * Date: 6/29/07 |
| RAISE THE BAR, LLC., et al. | * Time: 9:30 a.m. |
| | * |
| Defendants. | * |

## O R D E R
### FURTHER ENLARGING TIME FOR SERVICE OF PROCESS

UPON CONSIDERATION of the Plaintiff's Second Motion to Enlarge Time for Service of Process, sufficient grounds having been shown, it is, this _____ day of _____, 2007,

ORDERED, that the Motion be, and the same is hereby, GRANTED, and further,

ORDERED, that the Plaintiff shall have until the _____ day of _____, 2007 to serve the Defendants or seek such additional relief from this Court as may be appropriate at that time, and further,

ORDERED, that the Scheduling Conference shall be reset for the _____ day of _____ 2007 at 9:30 a.m., in Courtroom 517.

_____
ROBERT E. MORIN
Judge, D.C. Superior Court

_**Copies to**_:

Barry S. Kopit, Esquire
1828 L Street, N.W.
Suite 902
Washington, D.C. 20036

Raise the Bar, LLC
717 - 6th Street, N.W.
Washington, D.C. 20001

Andre Johnson
717 - 6th Street, N.W.
Washington, D.C. 20001

Ugly, Inc.
2640 U.S. Highway 9W
Cornwall, NY 12518

Jennifer Worthington
3012 South Rancho Road
Las Vegas, NV 89102



866-520-UGLY • www.coyoteuglysaloon.com

# Fax

**To:** Maria Hall                          **From:** Jeff Wiseman

**Fax:** 202 457 1678                        **Pages:**

**Phone:**                                   **Date:** 5/22/2007

**Re:** Hacker vs. Raise the Bar            **CC:**

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

● **Comments:**

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Bryan Hacker | Raise The Bar, LLC |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __DC.__ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Nicholas S. McConnell, Esq., Jackson & Campbell, PC 1120 20th St., NW South Tower, Washington DC 20036 (202) 457-1600 | ATTORNEYS (IF KNOWN) Barry S. Kopit, Esq., 1828 L St., NW, Suite 902, Washington, DC. 20036 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☒ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane ☐ 315 Airplane Product Liability ☒ 320 Assault, Libel & Slander ☐ 330 Federal Employers Liability ☐ 340 Marine ☐ 345 Marine Product Liability ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability ☐ 360 Other Personal Injury ☐ 362 Medical Malpractice ☐ 365 Product Liability ☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act **Social Security:** ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g) **Other Statutes** ☐ 891 Agricultural Acts ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act ☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment. *(If Antitrust, then A governs)* |

| ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil* |
|---|

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| □ G. *Habeas Corpus/ 2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
| □ K. *Labor/ERISA (non-employment)* | □ L. *Other Civil Rights (non-employment)* | □ M. *Contract* | □ N. *Three-Judge Court* |
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights<br>Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-<br>Employment<br>□ 446 Americans w/Disabilities-<br>Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>□ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**
□ 1 Original Proceeding    ☒ 2 Removed from State Court    □ 3 Remanded from Appellate Court    □ 4 Reinstated or Reopened    □ 5 Transferred from another district (specify)    □ Multi district Litigation    □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Diversity Action under 28 USC §1441, et. seq., 28 USC § 1332, Fed R. Civ. P §1(C)

It brings causes of action for assault, battery, negligence

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS    □ ACTION UNDER F.R.C.P. 23    **DEMAND $** $ 800,000    Check YES only if demanded in complaint    **JURY DEMAND:** ☒ YES    □ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    □ YES    ☒ NO    If yes, please complete related case form.

DATE 6·21·07    SIGNATURE OF ATTORNEY OF RECORD   *[signature]*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.