IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| Bryan Hacker )<br>4115 N. 16th Place )<br>Arlington, VA  22207, )<br>  )<br>     Plaintiff )<br>v. )<br>  )<br>Raise the Bar, LLC )<br>d/b/a Coyote Ugly )<br>717 6th Street, N.W. )<br>Washington, DC 20001 )<br>  )<br>And )<br>  )<br>Ugly, Inc. )<br>2640 U.S. Route 9W )<br>Cornwall, NY 12518 )<br>  )<br>And )<br>  )<br>Jennifer Worthington )<br>3012 S. Rancho Road )<br>Las Vegas, NV 89102 )<br>  )<br>And )<br>  )<br>Andre Johnson )<br>717 – 6th Street, N.W. )<br>Washington, DC 200011, )<br>  )<br>     Defendants. ) | Civil Action No.  1:07-CV-01113-JDB |

## **CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1**

I, the undersigned, counsel of record for Ugly, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Ugly, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

        Respectfully submitted,

        JACKSON & CAMPBELL, P.C.

        By:_____/s/_____
        Nicholas S. McConnell (Bar No. 167742)
        Maria A. Hall (Bar No. 488727)
        1120 20th Street, N.W., South Tower
        Washington, D.C.  20036
        (202) 457-1600 – telephone
        (202) 457-1678 – facsimile
        NMcConnell@Jackscamp.com
        MHall@Jackscamp.com

        Counsel for Defendant Ugly, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of June 2007, I caused a copy of the foregoing "CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1" to be served electronically and/or by first class-mail upon:

Barry S. Kopit, Esq.
1828 L Street, N.W., Suite 902
Washington, DC 20036
Counsel for Plaintiff Bryan Hacker

Raise the Bar, LLC
d/b/a Coyote Ugly
717 6th Street, N.W.
Washington, DC 20001

Jennifer Worthington
3012 S. Rancho Road
Las Vegas, NV 89102
Defendant

Andre Johnson
717 6th Street, N.W.
Washington, DC 20001

_____
Maria A. Hall