UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRYAN A. HACKER,

    Plaintiff,

        v.                          Civil Action No.  07-1113 (JDB)

RAISE THE BAR, LLC
d/b/a Coyote Ugly, et al.,

    Defendants.

## ORDER

    Under Rule 4(m) of the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time.  More than 120 days have passed since the filing of the complaint and amended complaint in this civil action.  It does not appear from the record that the complaint or amended complaint has been served on defendants Raise the Bar, LLC, Jennifer Worthington, or Andre Johnson.  Accordingly, it is hereby

    **ORDERED** that plaintiff shall, by not later than August 16, 2007, either (1) file with the Court proof that defendants Raise the Bar, LLC, Worthington, and Johnson have been served with the summons and amended complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed.  If plaintiff fails to comply with this Order or if the Court determines that plaintiff has not shown good cause for the failure to complete service in compliance with Rule 4(m), the Court may dismiss this action as to defendants Raise the

Bar, LLC, Worthington, and Johnson without prejudice.

    **SO ORDERED**.

/s/<br>
JOHN D. BATES<br>
United States District Judge

Date:   August 2, 2007