*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **BRIAN A. HACKER** | * |
| | * Civil Action No: 07-1113 (JDB) |
| Plaintiff, | * |
| | * |
| vs. | * |
| | * |
| **RAISE THE BAR, LLC** | * |
| **d/b/a Coyote Ugly, et al.** | * |
| | * |
| Defendant. | * |

### *LINE OF APPEARANCE*

     The Clerk will please enter the appearance of Jay S. Weiss, Esquire, Barry S. Kopit, Esquire and the Law Offices of Jay S. Weiss, P.C., as counsel for the Plaintiff, Brian A. Hacker.

                              Respectfully submitted,

                           *LAW OFFICES JAY S. WEISS, P.C.*

                      By:    /s/Jay S. Weiss
                             Jay S. Weiss
                             Bar No: 29652
                             1828 L Street, N.W.
                             Suite 902
                             Washington, D.C.  20036
                             (202)872-1545
                             Attorneys for Plaintiff

                      By:    /s/Barry S. Kopit
                             Barry S. Kopit
                             Bar No: 419025
                             1828 L Street, N.W.
                             Suite 902
                             Washington, D.C.  20036
                             (202)872-1545
                             Attorneys for Plaintiff

## *CERTIFICATE OF SERVICE*

    I HEREBY CERTIFY that on August 16, 2007, I electronically filed the foregoing document with the Clerk of the Court, to the following ECF Registrant:

>Nicholas S. McConnell, Esquire
>Maria A. Hall, Esquire
>***JACKSON & CAMPBELL, P.C.***
>1120 - 20th Street, N.W.
>South Tower
>Washington, D.C. 20036
>Attorney for Defendant, Ugly, Inc.
>
>Raise the Bar, LLC
>717 - 6th Street, N.W.
>Washington, D.C. 20001
>***(VIA FIRST CLASS MAIL ONLY)***
>
>Mr. Andre Johnson
>717 - 6th Street, N.W.
>Washington, D.C. 20001
>***(VIA FIRST CLASS MAIL ONLY)***
>
>Ms. Jennifer Worthington
>3012 S. Rancho Road
>Las Vegas, NV 89102
>***(VIA FIRST CLASS MAIL ONLY)***

                                                    /s/Barry S. Kopit
                                                  Barry S. Kopit
                                                  Attorney for Plaintiff