### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIAN A. HACKER** | * |
| | * Civil Action No: 1:07-cv-01113 |
| Plaintiff, | * |
| | * |
| vs. | * |
| | * |
| **RAISE THE BAR, LLC** | * |
| **d/b/a Coyote Ugly, et al.** | * |
| | * |
| Defendant. | * |

### *PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO SERVE DEFENDANTS RAISE THE BAR, LLC, JENNIFER WORTHINGTON AND ANDRE JOHNSON*

COMES NOW the Plaintiff, BRIAN A. HACKER, by and through counsel, and moves this Honorable Court for additional time to serve Defendants RAISE THE BAR, LLC, JENNIFER WORTHINGTON and ANDRE JOHNSON, and as grounds therefore states as follows:

1.  Pursuant to this Court's Order of August 2, 2007 the Plaintiff offers the following explanation as to why service of process has not yet been perfected upon the remaining Defendants in this case.

2.  Plaintiff has been diligently pursuing service of process in this case since it was initially filed in the D.C. Superior Court and prior to being removed to the United States District Court. The Plaintiff filed two Motions in the Superior Court seeking additional time to serve all Defendants and outlining the efforts that had taken place in attempting to locate and serve them. These Motions were granted. See Exhibits 1 and 2.

3. Since this case has been removed to the United States District Court Plaintiff's efforts have continued. A Memorandum from Plaintiff's process server dated August 15, 2007 is attached hereto. See Exhibit 3. The Memorandum states the exhaustive efforts that are continuing so that Defendants Jennifer Worthington and Raise The Bar, LLC., d/b/a Coyote Ugly can be properly served.

4. Admittedly, it is going to be very difficult for Plaintiff to locate Defendant Andre Johnson until such time as this case is at issue and Discovery is conducted. The Plaintiff has no information as to Defendant Andre Johnson other then the fact that he was employed at the Coyote Ugly salon. Plaintiff believes that once Discovery takes place one or more of the other Defendants will have business and/or employment records that will provide additional information sufficient to locate and serve Andre Johnson.

5. Plaintiff assures this Court that all reasonable efforts are being made to locate and serve the remaining Defendants.

**WHEREFORE**, the Plaintiff moves this Honorable Court for an Order allowing an additional 60 days to either file Affidavits of Service as to Defendants Jennifer Worthington and Raise the Bar, LLC, d/b/a Coyote Ugly, Inc., or seek such additional relief from

this Court as may be appropriate at that time.

                              Respectfully submitted,

                              ***LAW OFFICES JAY S. WEISS, P.C.***

                By:   /s/Barry S. Kopit
                      Barry S. Kopit #419025
                      1828 L Street, N.W.
                      Suite 902
                      Washington, D.C.  20036
                      (202)872-1545
                      Attorney for Plaintiff

## ***CERTIFICATE OF SERVICE***

I HEREBY CERTIFY that on August 16, 2007, I electronically filed the foregoing document with the Clerk of the Court, to the following ECF Registrant:

>Nicholas S. McConnell, Esquire
>Maria A. Hall, Esquire
>***JACKSON & CAMPBELL, P.C.***
>1120 - 20th Street, N.W.
>South Tower
>Washington, D.C. 20036
>Attorney for Defendant, Ugly, Inc.
>
>Raise the Bar, LLC
>717 - 6th Street, N.W.
>Washington, D.C. 20001
>***(VIA FIRST CLASS MAIL ONLY)***
>
>Mr. Andre Johnson
>717 - 6th Street, N.W.
>Washington, D.C. 20001
>***(VIA FIRST CLASS MAIL ONLY)***
>
>Ms. Jennifer Worthington
>3012 S. Rancho Road
>Las Vegas, NV 89102
>***(VIA FIRST CLASS MAIL ONLY)***

>>/s/Barry S. Kopit
>>Barry S. Kopit
>>Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIAN A. HACKER** | * |
| | * Civil Action No: 1:07-cv-01113 |
| **Plaintiff,** | * |
| | * |
| vs. | * |
| | * |
| **RAISE THE BAR, LLC** | * |
| **d/b/a Coyote Ugly, et al.** | * |
| | * |
| **Defendant.** | * |

***O R D E R***

***UPON CONSIDERATION*** of the Plaintiff Request for Additional Time to Serve Defendants Jennifer Worthington and Raise the Bar, LLC, d/b/a Coyote Ugly, sufficient grounds having been shown, it is, by the Court, this _____ day of _____, 2007,

***ORDERED***, that the Plaintiff shall have until the _____ day of _____ 2007 to file Affidavits of Service as to Defendants Jennifer Worthington and Raise the Bar, LLC, d/b/a Coyote Ugly or to seek such additional relief from this Court as may be appropriate at that time, and further,

***ORDERED***, that this Court will defer dismissal as to Defendant Andre Johnson to allow the parties to conduct Discovery once this case is otherwise at issue.

***SO ORDERED***:

_____
John D. Bates
Judge, United States District

_____

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **BRYAN HACKER** | * |
| | * Case No: 2007 CA 000168 B |
| Plaintiff, | * Calendar: 12 |
| | * Judge: Morin |
| vs. | * |
| | * |
| **RAISE THE BAR, LLC., et al.** | * |
| | * |
| Defendants. | * |

**MOTION TO ENLARGE TIME FOR**
**SERVICE OF PROCESS**

COMES NOW the Plaintiff by and through Counsel, BARRY S. KOPIT and LAW OFFICES JAY S. WEISS, P.C., and moves this Honorable Court for an Order enlarging time for service of process as to the Defendants, and as reasons therefore states as follows:

1. The Complaint in this matter was filed on January 10, 2007 and the Summonses were issued at that time.

2. Pursuant to Rule 4(m) an Affidavit of Service or a Motion to Enlarge Time must be filed within 60 days from the date the Complaint was initially filed. This Motion is timely pursuant to Rule 4(m).

3. The Plaintiff has sued a corporate entity and an employee of that corporate entity for personal injuries. The Summonses and Complaint were sent to a private investigator immediately after the filing of this Complaint so that service of process could be perfected.

4. The private investigator has reported that the establishment known as Coyote Ugly is now out of business and that Defendant Raise The Bar, LLC no longer has a valid corporate charter in the District of Columbia.

5. It has further been learned that there are additional Defendants which maybe necessary parties to this lawsuit. The Plaintiff will be filing an Amended Complaint adding an entity known as Ugly, Inc., and an individual known as Jennifer Worthington as additional Defendants. Putative Defendant Ugly, Inc., appears to be a New York Corporation and putative Defendant Jennifer Worthington appears to be a resident of Nevada.

6. The Plaintiff will not be able to complete service of process within the time constraints of Rule 4(m).

7. Plaintiff has instructed the private investigator to continue tracking all potential information confirming the existence and location of appropriate agents for service of process. Additionally, the private investigator is in touch with various process serving entities in Nevada and New York in the hope that once the appropriate papers are issued by the Court they can be served in a timely manner.

WHEREFORE, the Plaintiff moves this Honorable Court for an Order enlarging the time to serve all Defendants for an additional 60 days.

                                        Respectfully submitted,

                             ***LAW OFFICES JAY S. WEISS, P.C.***

                             By:   /s/Barry S. Kopit
                                    Barry S. Kopit #419025
                                    1828 L Street, N.W.
                                    Suite 902
                                    Washington, D.C.  20036
                                    (202)872-1545
                                    Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion To Enlarge Time for Service of Process was efiled, this 2nd day of March, 2007, to the following:

        Hon. Robert E. Morin
        D.C. Superior Court
        500 Indiana Avenue, N.W.
        Chambers No. JM630
        Washington, D.C. 20001
        judgemorineserve@dcsc.gov

                                    /s/Barry S. Kopit
                                    Barry S. Kopit
                                    Attorney for Plaintiff

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **BRYAN HACKER** | * |
| | * Case No: 2007 CA 000168 B |
| Plaintiff, | * Calendar: 12 |
| | * Judge: Morin |
| vs. | * |
| | * |
| **RAISE THE BAR, LLC., et al.** | * |
| | * |
| Defendants. | * |

**O R D E R**
**ENLARGING TIME FOR SERVICE OF PROCESS**

UPON CONSIDERATION of the Plaintiff's Motion to Enlarge Time for Service of Process, sufficient grounds having been shown, it is, this _____ day of _____, 2007,

ORDERED, that Plaintiff's Motion be, and the same is hereby, GRANTED, and further,

ORDERED, that the Plaintiff shall have until the _____ day of _____, 2007 to either serve the Defendants or seek such additional relief from this Court as maybe appropriate at that time, and further,

ORDERED, that the Initial Scheduling Conference shall be continued to the _____ day of _____ 2007 at 9:30 a.m.

_____
ROBERT E. MORIN, Judge
D.C. Superior Court

*Copies to*:
Barry S. Kopit, Esquire
1828 L Street, N.W., suite 902
Washington, D.C.  20036

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| BRYAN HACKER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 2007 CA 000168 B |
| | ) | Calendar 12 |
| v. | ) | Judge Robert E. Morin |
| | ) | |
| RAISE THE BAR, LILAC., et at, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This comes before the Court on Plaintiffs Motion to Extend Time for Service of Process.

The Court finds good cause to grant the Motion.

The Court reminds the parties, however, that on February 5, 2007, electronic filing ("crating") became mandatory in the Superior Court of the District of Columbia Civil Division. Pursuant to Administrative Order 06-17, whenever a motion is exiled, a non-write-protected copy of the Proposed Order must be emailed to the trial judge's reserve Inbox. Specifically, the Administrative Order provides that:

> Proposed orders shall be included with filing's... In addition, an electronic copy of the proposed order shall be separately <u>emailed</u> to the case judge's email address reserved for service. The format for the case judges' email service address is: "Judge[last name of judge]eserve@dcsc.gov" or "Magistrate judge[last name of magistrate judge]eserve@dcsc.gov".
>
> The proposed order shall include, after the signature block for the judge, a list of all attorneys who are to be eServed, the method of service used, the party they represent, as well as, the name and address of any pro se party to be served and the method of service used.
> Proposed orders shall not be write-protected.
> (Emphasis added)

In the future, all filings must comply with the above-cited portions of Administrative Order 06-17 and email a copy of any proposed order to Judge Morin's eServe inbox.

Wherefore, for the reasons stated, it is this **3rd day of April 2007** hereby,

**ORDERED,** that Plaintiff's Motion to Extend Time for Service of Process is **GRANTED**; it is further

**ORDERED,** that Plaintiff shall have until June 2, 2007 to serve the Defendants; it is further

**ORDERED,** that the Scheduling Conference shall be reset for June 29, 2007 at 9:30 a.m.

**Judge Robert E. Morin**
(Signed in Chambers)

Copies to:

Barry S. Kopit
1828 L Street, N.W., Suite 902
Washington, DC 20036
*Counsel for Plaintiff*

Ugly, Inc.
2640 U.S. Highway 9W
Cornwall, NY 12518

Raise the Bar, L.L.C.
717 6th Street, NW
Washington, DC 20001

Jennifer Worthington
3012 S. Rancho Road
Las Vegas, NV 89102

Andre Johnson
717 6' Street, NW
Washington, DC 20001

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **BRYAN HACKER** | * |
| | * Case No: 2007 CA 000168 B |
| Plaintiff, | * Calendar: 12 |
| | * Judge: Morin |
| vs. | * Next Event: Scheduling Conf. |
| | * Date: 6/29/07 |
| **RAISE THE BAR, LLC., et al.** | * Time: 9:30 a.m. |
| | * |
| Defendants. | * |

### *PLAINTIFF'S SECOND MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS*

COMES NOW the Plaintiff by and through Counsel, BARRY S. KOPIT and LAW OFFICES JAY S. WEISS, P.C., and moves this Court for an Order further enlarging the time within which to serve the Defendants, and as grounds therefore states as follows:

1.  Plaintiff initially filed a Motion to Enlarge Time for Service of Process on March 2, 2007. That Motion advised the Court of the difficulty Plaintiff was having service an inactive corporate Defendant and also advised the Court that additional corporate Defendants would have to be added as Defendants.

2.  This Honorable Court granted the Plaintiff's Motion pursuant to an Order of June 2, 2007 and allowed the Plaintiff until June 2, 2007 to serve the Defendants. The Court also set a Scheduling Conference for June 29, 2007 at 9:30 a.m.

3.  On or about March 30, 2007 the Plaintiff filed an Amended Complaint adding two additional Defendants. One was an individual Defendant in Nevada and the other a corporation with a

resident agent believed to be in New York.

4. Plaintiff has sent all of the Summonses to a new process server who has contacts in Nevada and New York in addition to the District of Columbia so that all Defendants can be served. However, some of these corporations are no longer in existence and despite diligent efforts that Plaintiff has been unable to perfect service of process.

5. It does not appear that service of process will be perfected in time to file Affidavits of Service on or before the June 2, 2007 due date.

6. The Plaintiff can assure the Court that all reasonable efforts are being made in the States of Nevada and New York, as well as in the District of Columbia to locate the appropriate agents for service of process. These efforts will continue until such time as service of process is perfected.

7. This Motion is timely pursuant to Rule 4(m) as well as this Court's Order of April 3, 2007.

**WHEREFORE**, the Plaintiff moves this Court for an Order allowing an additional 60 days for service of process.

Respectfully submitted,

*LAW OFFICES JAY S. WEISS, P.C.*

By: /s/Barry S. Kopit
Barry S. Kopit #419025
1828 L Street, N.W., Suite 902
Washington, D.C. 20036
(202)872-1545
Attorney for Plaintiff

2

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Second Motion To Enlarge Time For Service Of Process was mailed first class, postage prepaid, this 18th day of May, 2007, to the following:

    Raise the Bar, LLC
    717 - 6th Street, N.W.
    Washington, D.C. 20001

    Andre Johnson
    717 - 6th Street, N.W.
    Washington, D.C. 20001

    Ugly, Inc.
    2640 U.S. Highway 9W
    Cornwall, NY 12518

    Jennifer Worthington
    3012 South Rancho Road
    Las Vegas, NV 89102

    Hon. Robert E. Morin
    D.C. Superior Court
    500 Indiana Avenue, N.W.
    Chambers No. JM630
    Washington, D.C. 20001
    judgemorineserve@dcsc.gov
    **EMAILED: PROPOSED ORDER ONLY**

            /s/Barry S. Kopit
            Barry S. Kopit
            Attorney for Plaintiff

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**

Civil Division

| | |
|---|---|
| **BRYAN HACKER** | * |
| | * Case No: 2007 CA 000168 B |
|     **Plaintiff,** | * Calendar: 12 |
| | * Judge: Morin |
|  vs. | * Next Event: Scheduling Conf. |
| | * Date: 6/29/07 |
| **RAISE THE BAR, LLC., et al.** | * Time: 9:30 a.m. |
| | * |
|     **Defendants.** | * |

### *O R D E R*
### *FURTHER ENLARGING TIME FOR SERVICE OF PROCESS*

***UPON CONSIDERATION*** of the Plaintiff's Second Motion to Enlarge Time for Service of Process, sufficient grounds having been shown, it is, this \_\_\_\_\_ day of _____, 2007,

***ORDERED***, that the Motion be, and the same is hereby, GRANTED, and further,

***ORDERED***, that the Plaintiff shall have until the _____ day of _____, 2007 to serve the Defendants or seek such additional relief from this Court as may be appropriate at that time, and further,

***ORDERED***, that the Scheduling Conference shall be reset for the _____ day of _____ 2007 at 9:30 a.m., in Courtroom 517.

_____
ROBERT E. MORIN
Judge, D.C. Superior Court

*<u>Copies to</u>*:

Barry S. Kopit, Esquire
1828 L Street, N.W.
Suite 902
Washington, D.C. 20036

Raise the Bar, LLC
717 - 6th Street, N.W.
Washington, D.C. 20001

Andre Johnson
717 - 6th Street, N.W.
Washington, D.C. 20001

Ugly, Inc.
2640 U.S. Highway 9W
Cornwall, NY 12518

Jennifer Worthington
3012 South Rancho Road
Las Vegas, NV 89102

IN THE **SUPERIOR COURT FOR THE DISTRICT** OF COLUMBIA

Civil Division

| | |
|---|---|
| BRYAN HACKER | \* |
| | \* Case No: 2007 CA 000168 B |
| Plaintiff, | \* Calendar: 12 |
| | \* Judge: Morin |
| vs. | \* Next Event: Scheduling Conf. |
| | \* Date: 6/29/07 |
| RAISE THE BAR, LLC., et al. | \* Time: 9:30 a.m. |
| | \* |
| Defendants. | \* |

ORDER
FURTHER ENLARGING TIME FOR SERVICE OF PROCESS

UPON CONSIDERATION of the Plaintiffs Second Motion to Enlarge Time for Service of Process, sufficient grounds having been shown, it is, this 30th day of May 2007,

ORDERED, that the Motion be, and the same is hereby, GRANTED, and further,

ORDERED, that the Plaintiff shall have until the 1st day August 2007 to serve the Defendants or seek such additional relief from this Court as may be appropriate at that time, and further,

ORDERED, that the Scheduling Conference shall be reset for the 7th day of September 2007 at 9:30 a.m, in Courtroom 517.

*Robert E. Morin* (signature)

**Robert E. Morin**
Judge, D.C. Superior Court

<u>Copies to:</u>

Barry S. Kopit, Esquire
1828 L Street, N.W.
Suite 902
Washington, D.C. 20036

Raise the Bar, LLC
717 - 6h Street, N.W.
Washington, D.C. 20001

Andre Johnson
717 - 6`h Street, N.W.
Washington, D.C. 20001

Ugly, Inc.
2640 U. S. Highway 9W
Cornwall, NY 12518

Jennifer Worthington
3012 South Rancho Road
Las Vegas, NV 89102

# PROFESSIONAL PROCESS SERVING, INC.
Post Office Box 407, Rockville, MD 20848-0407
Alternative Address: 3410 Forest Wood Dr., Brookeville, MD 20833
E-MAIL: ppsinc-md@comcast.net             FAX: 301-570-8069

## 301-570-0770

| | |
|---|---|
| TO: | Barry S. Kopit, Esquire |
| | The Law Offices of Jay S. Weiss, P.C. |
| | 1828 L Street, N, NW, #902 |
| | Washington, DC 20036 |
| TOFROM: | JANET M. SHIPE |
| DATE: | August 15, 2007 |
| RE: | Hacker vs. Raise the Bar, LLC |

*MEMORANDUM / UPDATE STATUS*

In order to keep you advised as to the present status of the above referenced case, please be advised service on Defendant JENNIFER WORTHINGTON at the residential address of 3012 S. Rancho Drive, Las Vegas, NV 89102 has not been accomplished. This address has been confirmed via locate databases and the Post Office has confirmed that this is a valid address for Defendant Worthington. A process server from this office did physically attempt service on Worthington in Las Vegas on or about July 17, 2007, unsuccessfully. Since this time, I have forwarded the documents to a local Las Vegas process serving company and they are, as of my telephone conversation with them yesterday, still attempting to serve the Court documents on Defendant Worthington.

With respect to Defendant RAISE THE BAR, LLC, d/b/a COYOTE UGLY please be advised we are still attempting to reach and serve who we believe to be the attorney for the Registered Agent, Professional Resident Agents, Inc. Demetri Mallios, Esquire, at 2600 Virginia Avenue, NW, Suite 1112, Washington, DC, is believed to be the agent for Professional Resident Agents, Inc. Service efforts have been diligently made on Mr. Mallios, however, to date, he has not been in the office and/or responded to our telephone messages. As you will recall, the original address for Professional Resident Agents, Inc. (again, agents for Defendant Raise the Bar, LLC d/b/a Coyote Ugly) of 1828 L Street, NW, #500 Washington, DC 20036 was found to be incorrect and no longer valid. The Post Office has no record of any forwarding address placed

for Professional Resident Agents, Inc. DC Corporation records have no listing for "Professional Resident Agents, Inc.". There is no current local telephone listing for "Professional Resident Agents, Inca. Again, we are attempting to reach and serve Demetri Mallois, Esquire, who be believe to be the agent for Professional Resident Agents, Inc., who are the agents for Defendant Raise the Bar, LLC, d/b/a Coyote Ugly.

We sincerely anticipate service on both Defendants JENNIFER WORTHINGTON and RAISE THE BAR, LLC d/b/a COYOTE UGLY shortly and will keep you advised.

Please call this office should you have any questions.