UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYAN A. HACKER,<br><br>　　　Plaintiff,<br><br>　　　　　v.<br><br>RAISE THE BAR, LLC<br>d/b/a Coyote Ugly, et al.,<br><br>　　　Defendants. | Civil Action No. 07-1113 (JDB) |

## ORDER

Upon consideration of [7] plaintiff's request for an additional sixty days to serve defendants Raise the Bar LLC and Jennifer Worthington, and to defer dismissal as to defendant Andre Johnson, and giving due consideration to plaintiff's two prior requests for substantial extensions totaling four months prior to the removal of this action to this Court, it is hereby

**ORDERED** that the motion for extension of time is **GRANTED**; it is further

**ORDERED** that plaintiff shall, by not later than October 16, 2007, either (1) file with the Court proof that defendants Raise the Bar, LLC, and Jennifer Worthington have been served with the summons and amended complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed, including a detailed statement from the process server describing the service actions taken within the last 60 days. If plaintiff fails to comply with this Order or if the Court determines that plaintiff has not shown good cause for the failure to complete service in compliance with Rule 4(m), the Court may dismiss this action as to defendants Raise the Bar, LLC, and Worthington, without prejudice. It is further

**ORDERED** that no further extensions shall be granted to serve process on defendants Raise the Bar, LLC and Worthington absent extraordinary circumstances; and it is further

**ORDERED** that the Court will defer dismissal as to defendant Andre Johnson to allow the parties to conduct discovery on his location.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date:  August 17, 2007