IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| Bryan Hacker | ) | |
| 4115 N. 16th Place | ) | |
| Arlington, VA  22207 | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:07-CV-01113-JDB |
| | ) | |
| Raise the Bar, LLC | ) | |
| d/b/a Coyote Ugly | ) | |
| 717 6th Street, N.W. | ) | |
| Washington, DC 20001, et al. | ) | |
|     Defendants | | |

**CONSENT MOTION OF DEFENDANT JENNIFER WORTHINGTON FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Jennifer Worthington, by counsel, pursuant to Fed. R. Civ. P. 6(b), and with Plaintiff's consent, respectfully requests that the Court extend the time to and including October 5, 2007 for filing an Answer or otherwise responding to Plaintiff's complaint served upon Ms. Worthington on August 17, 2007.  For grounds therefore, Ms. Worthington avers as follows:

    1.    The above referenced action was initially filed in the Superior Court of the District of Columbia.

    2.    On June 21, 2007, Defendant Ugly, Inc., timely removed this case to this Honorable Court.

    3.    On August 17, 2007, Defendant Jennifer Worthington was served a copy of the summons and Amended Complaint.

4.     On September 6, 2007, Defendant Jennifer Worthington filed a consent motion for removal of the case to this Court.

5.     On September 5, 2007, undersigned counsel and counsel for the Plaintiff discussed the possibility of dismissing Defendant Jennifer Worthington from the above action on the basis that Ms. Worthington was not the owner and/or operator of the establishment, located at 717 – 6th Street, N.W., Washington, D.C., where the incident giving rise to the above action allegedly occurred (known as "Coyote Ugly").

6.     Plaintiff's counsel consented to an extension of time for Defendant Jennifer Worthington to Answer or otherwise respond to Plaintiff's Complaint in order that Ms. Worthington may gather and provide to Plaintiff's counsel satisfactory proof that she was not the owner and/or operator of Coyote Ugly, as such proof would potentially obviate any further litigation of this matter against Ms. Worthington.

WHEREFORE, Defendant Jennifer Worthington respectfully requests that the Court extend the time for Defendant Jennifer Worthington to file an Answer or otherwise respond to the Complaint herein until and including October 5, 2007.

For further grounds in support hereof, Defendant Jennifer Worthington would respectfully refer the Court to the attached memorandum of points and authorities.

- 3 -

> Respectfully submitted,
>
> JACKSON & CAMPBELL, P.C.
>
> By: /s/ Nicholas S. McConnell
> Nicholas S. McConnell (Bar No. 167742)
> Maria A. Hall (Bar No. 488727)
> 1120 20th Street, N.W., South Tower
> Washington, D.C. 20036
> (202) 457-1600 – telephone
> (202) 457-1678 – facsimile
> NMcConnell@Jackscamp.com
> MHall@Jackscamp.com
>
> Counsel for Defendant Jennifer Worthington

## LOCAL RULE 7(M) CERTIFICATE

I hereby certify that, prior to filing this motion, I obtained opposing counsel's consent to the relief requested herein.

> /s/ Maria A. Hall
> Maria A. Hall

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2007 I caused a copy of the foregoing Consent Motion of Defendant Jennifer Worthington for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint to be served electronically and/or by first class-mail upon:

> Barry S. Kopit, Esq.
> 1828 L Street, N.W., Suite 902
> Washington, DC 20036
> Counsel for Plaintiff Bryan Hacker

Raise the Bar, LLC
d/b/a Coyote Ugly
717 6th Street, N.W.
Washington, DC 20001

Ugly Inc.,
2640 U.S. Highway 9 W.
Cornwall, NY 12518

Andre Johnson
717 6th Street, N.W.
Washington, DC 20001

                        /s/ Maria A. Hall
                        Maria A. Hall

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| Bryan Hacker ) | |
| 4115 N. 16th Place ) | |
| Arlington, VA  22207 ) | |
|            Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  1:07-CV-01113-JDB |
| ) | |
| Raise the Bar, LLC ) | |
| d/b/a Coyote Ugly ) | |
| 717 6th Street, N.W. ) | |
| Washington, DC 20001, et al. ) | |
|            Defendants | |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION OF
DEFENDANT JENNIFER WORTHINGTON FOR EXTENSION OF TIME TO ANSWER OR
<u>OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT</u>**

1. Fed. R. Civ. P. 6(b).

2. The entire record herein.

3. The equitable and inherent powers of this Court.

For the foregoing reasons, and for the reasons set forth in the consent motion, Defendant Jennifer Worthington respectfully requests that this Court enter an order extending the time for her to file an Answer or otherwise respond to Plaintiff's Complaint until and including October 5, 2007 as set forth in the proposed Order submitted herewith.

- 2 -

Respectfully submitted,

JACKSON & CAMPBELL, P.C.


By: /s/ Nicholas S. McConnell
    Nicholas S. McConnell (Bar No. 167742)
    Maria A. Hall (Bar No. 488727)
    1120 20th Street, N.W., South Tower
    Washington, D.C. 20036
    (202) 457-1600 – telephone
    (202) 457-1678 – facsimile
    NMcConnell@Jackscamp.com
    MHall@Jackscamp.com

    Counsel for Defendant Jennifer Worthington

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| Bryan Hacker<br>4115 N. 16th Place<br>Arlington, VA  22207<br>    Plaintiff,<br><br>    v.<br><br>Raise the Bar, LLC<br>d/b/a Coyote Ugly<br>717 6th Street, N.W.<br>Washington, DC 20001, et al.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1:07-CV-01113-JDB |

## **ORDER**

Upon consideration of the Consent Motion of Defendant Jennifer Worthington for Extension of Time to File Answer or Other Responsive Pleading, the memorandum of points and authorities in support thereof, and the entire record herein, it is, this _____ day of _____, 2007, hereby

ORDERED, that the motion be, and it hereby is, granted; and it is

FURTHER ORDERED, that the time for Defendant Jennifer Worthington to file an Answer or otherwise respond to the Complaint herein is extended until and including October 5, 2007.

_____
JOHN D. BATES
 UNITED STATES DISTRICT JUDGE

- 2 -

COPIES VIA CASE FILE XPRESS AND/OR FIRST CLASS MAIL TO:

>Barry S. Kopit, Esq.
>1828 L Street, N.W., Suite 902
>Washington, DC 20036
>Counsel for Plaintiff Bryan Hacker
>
>Raise the Bar, LLC
>d/b/a Coyote Ugly
>717 6th Street, N.W.
>Washington, DC 20001
>
>Nicholas S. McConnell, Esq.
>Maria Hall, Esq.
>Jackson & Campbell, PC
>1120 20th Street, N.W., South Tower
>Washington, DC  20036
>Counsel for Ugly, Inc. and Jennifer Worthington
>
>Andre Johnson
>717 6th Street, N.W.
>Washington, DC 20001