IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| Bryan Hacker<br>4115 N. 16th Place<br>Arlington, VA  22207<br>     Plaintiff, | ) ) ) ) ) | |
| v. | ) ) ) | Civil Action No: 1:07-CV-01113-JDB |
| Raise the Bar, LLC<br>d/b/a Coyote Ugly<br>717 6th Street, N.W.<br>Washington, DC 20001 | ) ) ) ) ) | |
| And | ) ) | |
| Ugly, Inc.<br>2640 U.S. Route 9W<br>Cornwall, NY 12518 | ) ) ) ) | |
| And | ) ) | |
| Jennifer Worthington<br>3012 S. Rancho Road<br>Las Vegas, NV 89102 | ) ) ) ) | |
| And | ) ) | |
| Andre Johnson<br>717 – 6th Street, N.W.<br>Washington, DC 200011<br>     Defendants. | ) ) ) ) ) ) | |

## **CONSENT TO REMOVAL OF DEFENDANT JENNIFER WORTHINGTON**

Without waiving any right to deny that any cause of action exists against her and without waiving any other defenses, exception, or obligation which may exist in favor of

her, Defendant Jennifer Worthington hereby consents to the Notice of Removal filed by Ugly, Inc., in the above captioned matter removing that certain litigation styled *Bryan Hacker v. Raise the Bar, et al*, civil case no. 2007 CA 000168 B on the docket of the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

    Wherefore, Defendant Jennifer Worthington respectfully requests this action be removed to this court.

    Respectfully submitted,

    JACKSON & CAMPBELL, P.C.

    By: /s/ Nicholas S. McConnell
    Nicholas S. McConnell (Bar No. 167742)
    Maria A. Hall (Bar No. 488727)
    1120 20th Street, N.W., South Tower
    Washington, D.C.  20036
    (202) 457-1600 – telephone
    (202) 457-1678 – facsimile
    NMcConnell@Jackscamp.com
    MHall@Jackscamp.com

    Counsel for Defendant Jennifer Worthington

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2007 I caused a copy of the foregoing Consent to Removal of Defendant Jennifer Worthington to be served electronically and/or by first class-mail upon:

>Barry S. Kopit, Esq.
>1828 L Street, N.W., Suite 902
>Washington, DC 20036
>Counsel for Plaintiff Bryan Hacker
>
>Raise the Bar, LLC
>d/b/a Coyote Ugly
>717 6th Street, N.W.
>Washington, DC 20001
>
>Ugly Inc.,
>2640 U.S. Highway 9 W.
>Cornwall, NY 12518
>
>Andre Johnson
>717 6th Street, N.W.
>Washington, DC 20001

>>/s/ Maria A. Hall
>>Maria A. Hall