IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| Bryan Hacker<br>4115 N. 16th Place<br>Arlington, VA  22207<br>          Plaintiff,<br><br>v.<br><br>Raise the Bar, LLC<br>d/b/a Coyote Ugly<br>717 6th Street, N.W.<br>Washington, DC 20001<br><br>     And<br><br>Ugly, Inc.<br>2640 U.S. Route 9W<br>Cornwall, NY 12518<br><br>     And<br><br>Jennifer Worthington<br>3012 S. Rancho Road<br>Las Vegas, NV 89102<br><br>     And<br><br>Andre Thompson<br>717 – 6th Street, N.W.<br>Washington, DC 20001,<br>          Defendants. | Civil Action No: 1:07-CV-01113-JDB |

## CONSENT TO REMOVAL OF DEFENDANT RAISE THE BAR, LLC

Without waiving any right to deny that any cause of action exists against it and without waiving any other defenses, exception, or obligation which may exist in favor of

her, Defendant Raise the Bar, LLC, hereby consents to the Notice of Removal filed by Ugly, Inc., in the above captioned matter removing that certain litigation styled *Bryan Hacker v. Raise the Bar, et al*, civil case no. 2007 CA 000168 B on the docket of the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Wherefore, Defendant Raise the Bar, LLC, respectfully requests this action be removed to this court.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By:/s/ Maria A. Halll
 Nicholas S. McConnell (Bar No. 167742)
 Maria A. Hall (Bar No. 488727)
 1120 20th Street, N.W., South Tower
 Washington, D.C. 20036
 (202) 457-1600 – telephone
 (202) 457-1678 – facsimile
 NMcConnell@Jackscamp.com
 MHall@Jackscamp.com

 Counsel for Defendant Raise the Bar, LLC

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2007 I caused a copy of the foregoing Consent to Removal of Defendant Raise the Bar, LLC to be served electronically and/or by first class-mail upon:

        Barry S. Kopit, Esq.
        1828 L Street, N.W., Suite 902
        Washington, DC 20036
        Counsel for Plaintiff Bryan Hacker

        Jennifer Worthington
        3012 S. Rancho Road
        Las Vegas, NV 89102
        Defendant

        Ugly Inc.,
        2640 U.S. Highway 9 W.
        Cornwall, NY 12518
        Defendant

        Andre Thompson
        717 6th Street, N.W.
        Washington, DC 20001
        Defendant

                        /s/ Maria A. Hall
                        Maria A. Hall