IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| Bryan Hacker<br>4115 N. 16th Place<br>Arlington, VA  22207 | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.  1:07-CV-01113-JDB |
| Raise the Bar, LLC<br>d/b/a Coyote Ugly<br>717 6th Street, N.W.<br>Washington, DC 20001, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANTS UGLY, INC., AND JENNIFER WORTHINGTON

All parties who have appeared in this matter, by and through their undersigned

counsel, pursuant to the Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure,

hereby stipulate that this action be, and it hereby is, dismissed without prejudice as to

all claims against Defendants Ugly, Inc., and Jennifer Worthington, on the following

grounds:

1.  Defendants Ugly, Inc., and Jennifer Worthington deny that at all times material to the above-referenced action, they were the owners and/or operators of the establishment known as Coyote Ugly located at 717 – 6th Street, N.W., Washington, D.C., as alleged in Plaintiff's Amended Complaint filed in the above-referenced action on March 30, 2007;

2.  Defendants Ugly, Inc., and Jennifer Worthington hereby waive and agree that they are estopped from asserting, in any subsequent action that may be brought by Plaintiff against them after the date of this Stipulation, any applicable statute of limitations and/or laches defenses to any claims alleged in Plaintiff's Amended Complaint filed in the above-referenced action on March 30, 2007, that are based upon the passage of time since

the date of this Stipulation until a final judgment or dismissal of the above-referenced action is entered against all Defendants. This Stipulation shall not toll any statute of limitations which may have run before the date of this Stipulation; nor shall this Stipulation evidence a waiver or estop Defendants Ugly, Inc., and Jennifer Worthington from asserting any laches or any other defenses, causes of action or claims which were available before the date of this Stipulation;

3.    Defendants Ugly, Inc., and Jennifer Worthington agree to accept service of process of any subsequent action that may be brought by Plaintiff against them after the date of this Stipulation with respect to the claims alleged in Plaintiff's Amended Complaint filed in the above-referenced action on March 30, 2007;

4.    By entering into this Stipulation, the parties do not admit the existence or validity of any causes of action or claims that may be asserted by each of the other parties;

5.    This discontinuance and the dismissal shall be effective only as to Defendants Ugly, Inc., and Jennifer Worthington.  The action shall remain pending against all other Defendants; and

6.    Each of the parties to this Stipulation shall bear his, her or its own fees and costs incurred herein.

Respectfully submitted,

LAW OFFICES OF JAY S. WEISS, P.C.

By:  _____/s/_____
        Barry S. Kopit (Bar No. 219025)
        Jay S. Weiss (Bar No. 29652
        1828 L Street, N.W.
        Suite 902
        Washington, DC  20036
        (202) 872-1547
        Counsel for Plaintiff Bryan Hacker

2

JACKSON & CAMPBELL, P.C.

By: _____/s/_____
Nicholas S. McConnell (Bar No. 167742)
Maria A. Hall (Bar No. 488727)
1120 20th Street, N.W., South Tower
Washington, D.C.  20036
(202) 457-1600 – telephone
(202) 457-1678 – facsimile
NMcConnell@Jackscamp.com
MHall@Jackscamp.com
Counsel for Defendants Raise the Bar,
LLC, Ugly, Inc., and Jennifer Worthington

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2007, I caused a copy of the foregoing Stipulation of Dismissal Without Prejudice to be served by First-Class Mail, postage prepaid, upon:

Andre Johnson
717 6th Street, N.W.
Washington, DC 20001

_____
Maria A. Hall