UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRYAN A. HACKER,

 Plaintiff,

   v.           Civil Action No.  07-1113 (JDB)

RAISE THE BAR, LLC
d/b/a Coyote Ugly, et al.,

 Defendants.

## SCHEDULING ORDER

 Pursuant to the Initial Scheduling Conference with the Court on this date and the Joint Rule 16.3 Statement previously submitted by the plaintiff and defendant Raise the Bar, LL ("defendant"), it is hereby

 **ORDERED** that the following schedule shall govern further proceedings:

1.  Plaintiff's stipulation regarding dismissal of Counts One and Two shall be filed by not later than November 30, 2007.

2.  Motions, if any, for joinder of additional parties shall be filed by not later than April 1, 2008.

3.  Discovery shall be completed by not later than September 2, 2008.

4.  Expert discovery shall be completed as follows:

  a.  Plaintiff's expert report is due by March 3, 2008.

  b.  Plaintiff's expert shall be made available for deposition by not later than April 3, 2008.

        c.      Defendant's expert report is due by July 1, 2008.

        d.      Defendant's expert shall be made available for deposition by not later than August 1, 2008.

5.      Dispositive motions shall be filed by not later than October 2, 2008. Responses thereto shall be filed by not later than November 3, 2008. Replies, if any, shall be filed by not later than November 18, 2008.

6.      As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

7.      In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3430 before filing a discovery motion at which time the Court will make a determination as to the manner in which it will handle the discovery dispute.

8.      A status hearing is scheduled for April 16, 2008 , at 9:00 a.m. in Courtroom 8.

**SO ORDERED**.

                                                         /s/
                                         JOHN D. BATES
                                  United States District Judge

Date:   November 16, 2007