IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

```
BRYAN HACKER                          *
4115 N. 16th Place                    *
Arlington, VA 22207                   *
                                      *Civil Action No.1:07-CV-01113-JDB
     Plaintiff,                       *
                                      *
 vs.                                  *
                                      *
RAISE THE BAR, LLC.,                  *
d/b/a Coyote Ugly                     *
717 6th Stree, N.W.                   *
Washington, D.C. 20001, et al.        *
                                      *
     Defendant.                       *
```

### STIPULATION OF DISMISSAL AS TO COUNTS I AND II OF PLAINTIFF'S AMENDED COMPLAINT

THE CLERK will please note that by Stipulation of all parties, and as enumerated at the Initial Scheduling Conference held before this Honorable Court on November 16, 2007, Count I (Assault) and Count II (Battery) of Plaintiff's Amended Complaint are hereby Dismissed <u>with prejudice</u>.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| *LAW OFFICES JAY S. WEISS, P.C.* | *JACKSON & CAMPBELL, P.C.* |
| By: /s/Barry S. Kopit<br>Barry S. Kopit #419025<br>1828 L Street, N.W., Suite 902<br>Washington, D.C. 20036<br>1828 L Street, N.W., Suite 902<br>(202)872-1545<br>Barry@jsweisspc.com<br>Attorney for Plaintiff<br>Bryan Hacker | By:/s/ Maria A. Hall<br>Nicholas S. McConnell #167742<br>Maria A. Hall #488727<br>1120 20th Street, N.W.<br>South Tower<br>Washington, D.C. 20036<br>(202)457-1600-telephone<br>(202)457-1678-facsimile<br>NmcConnell@Jackscamp.com<br>Attorney for Defendant<br>Raise the Bar, LLC. |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Stipulation of Dismissal As to Counts I and Count II was mailed first class, postage prepaid, this 30th day of November, 2007, to the following:

>Raise the Bar, LLC
>717 - 6th Street, N.W.
>Washington, D.C. 20001
>
>Andre Johnson
>717 - 6th Street, N.W.
>Washington, D.C. 20001
>
>Ugly, Inc.
>2640 U.S. Highway 9W
>Cornwall, NY 12518

>/s/Barry S. Kopit
>Barry S. Kopit
>Attorney for Plaintiff