*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **BRYAN HACKER** | * |
| | * Civil Action No. 1:07-CV-01113-JDB |
| Plaintiff, | * |
| | * |
| vs. | * |
| | * |
| **RAISE THE BAR, LLC., et al.** | * |
| | * |
| Defendants. | * |

### *PLAINTIFF'S DESIGNATION OF EXPERT WITNESESS*

Pursuant to the Rules of Court the Plaintiff identifies the following medical care providers who will be called as expert witnesses at the trial in this matter. All of the following medical care providers participated in and/or continue to participate in Plaintiff's medical care for the injuries claimed in this matter. None have been specially retained for litigation purposes.

1. Bruce S. Zimmer, M.D., 6355 Walker Lane, Suite 202, Alexandria, Virginia 22310. Dr. Zimmer is Board Certified as an orthopaedic surgeon. He treated the Plaintiff for the injuries sustained in this matter and performed a left anterior cruciate ligament reconstruction on November 25, 2005. Dr. Zimmer will testify as to history, diagnosis, treatment and prognosis concerning the Plaintiff. He will testify that the mechanism of injury is consistent with the injuries Plaintiff has alleged in this incident and that all treatment by all medical care providers in this case was fair, reasonable, and medically

necessary. Dr. Zimmer will testify in accordance with all of the medical bills, records and reports which are attached hereto. He will also testify in accordance with the MRI and other radiology films which Plaintiff has in his possession and will make available to Defendant. Dr. Zimmer will also be examining the Plaintiff in the next few days since the Plaintiff has continuing complaints about his knee. Once those reports are issued he will testify in accordance with those reports and this will be supplemented as to current findings, permanency, need for future care and costs as well as all other results of the recent medical examination. Dr. Zimmer will testify as to all issues permitted and/or required. All bills, records and report were hand delivered to Defendant on 2/28/00.

2. Deena Hollingsworth, FNP, CFNP was a nurse practitioner at Springfield Family Medicine with Dr. Brideau, 6355 Walker Lane, Suite 310, Alexandria, Virginia 22310. Ms. Hollingsworth is currently believed to be at Fairfax Inova Hospital and is associated with the Virginia Council of Nurse Practitioners, 2209 Dickens Road, Richmond, Virginia 23230. During the time she was with Dr. Brideau's office she often examined the Plaintiff and noted his condition. Ms. Hollingsworth will testify in accordance with her reports and notes which are attached hereto. Her testimony will concern her observations concerning the Plaintiff's medical condition, her examination

and treatment recommendations as contained in the medical records.

3. Donald J. Brideau, Jr., M.D., 6355 Walker Lane, Suite 310, Alexandria, Virginia 22310. Dr. Brideau is Board Certified as a family practitioner. He is the Plaintiff's primary care physician. Dr. Brideau will testify in accordance with the attached medical records from his office including the history he took, his diagnosis, treatment and prognosis. Dr. Brideau will also testify that the Plaintiff had no pre-existing conditions relevant to the injury claimed herein and that the injuries sustained in this case would are consistent with the manner in which Plaintiff states that injury was sustained. All of the records from Dr. Brideau's office are attached.

4. Plaintiff reserves the right to call any expert named by or otherwise relief upon by any other party to this matter.

Respectfully submitted,

*LAW OFFICES JAY S. WEISS, P.C.*

By:   /s/Barry S. Kopit
      Barry S. Kopit
      Bar No: 419025
      1828 L Street, N.W.
      Suite 902
      Washington, D.C.  20036
      (202)872-1545
      Attorneys for Plaintiff

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was mailed first class, postage prepaid, this 29th day of February, 2008, to the following:

>Nicholas S. McConnell, Esquire
>Maria A. Hall, Esquire
>***JACKSON & CAMPBELL, P.C.***
>1120 - 20th Street, N.W.
>South Tower
>Washington, D.C. 20036
>Attorney for Defendant
>Raise the Bar, LLC

>    /s/Barry S. Kopit
>Barry S. Kopit
>Attorney for Plaintiff

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **BRYAN HACKER** | * |
| | * Civil Action No. 1:07-CV-01113-JDB |
| Plaintiff, | * |
| | * |
| vs. | * |
| | * |
| **RAISE THE BAR, LLC., et al.** | * |
| | * |
| Defendants. | * |

### *CERTIFICATE REGARDING DISCOVERY*

I HEREBY CERTIFY that on this 29th day of February, 2008, I served on counsel for the Defendant the Plaintiff's Designation of Expert Witnesses and that I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

***LAW OFFICES JAY S. WEISS, P.C.***


By:    /s/Barry S. Kopit
      Barry S. Kopit
      Bar No: 419025
      1828 L Street, N.W.
      Suite 902
      Washington, D.C.  20036
      (202)872-1545
      Attorneys for Plaintiff