### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRYAN HACKER** | * |
| | * Civil Action No. 1:07-CV-01113-JDB |
| Plaintiff, | * |
| | * |
| vs. | * |
| | * |
| **RAISE THE BAR, LLC., et al.** | * |
| | * |
| Defendants. | * |

### *PLAINTIFF'S CONSENT MOTION TO MODIFY THE SCHEDULING ORDER AND CONTINUE THE STATUS HEARING*

COMES NOW the Plaintiff by and through undersigned Counsel, and moves this Honorable Court for an Order modifying the Scheduling Order and continuing the Status Conference in this matter, and as grounds therefore states as follows:

1. Discovery in this matter is well underway and the Plaintiff has identified only treating physicians as medical experts. All bills, records and reports have been produced. The Plaintiff is awaiting a comprehensive report from Bruce S. Zimmer, M.D., the orthopaedic surgeon who operated on the Plaintiff. It is anticipated that the report will be forthcoming within 30 days. Thereafter, the parties will agree on a convenient date to depose Dr. Zimmer. Dr. Zimmer is local and readily available for deposition at such time as the parties request.

2. It is respectfully requested that paragraph number 4 of this Court's Scheduling Order dated November 16, 2007 be modified as follows:

4.  Expert discovery shall be completed as follows:

    a.  Plaintiff's expert report is due by April 30, 2008.

    c.  Defendant's expert report is due by August 1, 2008.

    d.  Defendant's expert shall be made available for deposition by not later then September 1, 2008.

3.  It is also respectfully requested that the Status Hearing presently scheduled for April 16, 2008 be continued. The parties have conferred and are available the morning of May 15, 2008, the afternoon of May 16, 2008 or at any time on May 22, 2008.

4.  The requested modifications to the Scheduling Order do not affect or extend the deadline for filing Dispositive Motions and will not result in a delay of the overall time to complete all matters as contemplated by the parties and the Court at the November 16, 2007 Scheduling Conference.

5.  All parties consent to the relief requested herein.

Respectfully submitted,

*LAW OFFICES JAY S. WEISS, P.C.*

By:    /s/Barry S. Kopit
Barry S. Kopit
Bar No: 419025
1828 L Street, N.W.
Suite 902
Washington, D.C. 20036
(202)872-1545
Attorneys for Plaintiff

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was mailed first class, postage prepaid, this 2nd day of April, 2008, to the following:

>Nicholas S. McConnell, Esquire
>Maria A. Hall, Esquire
>***JACKSON & CAMPBELL, P.C.***
>1120 - 20th Street, N.W.
>South Tower
>Washington, D.C. 20036
>Attorney for Defendant
>Raise the Bar, LLC

                                          /s/Barry S. Kopit
                                          Barry S. Kopit
                                          Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRYAN HACKER** | * |
| | * Civil Action No. 1:07-CV-01113-JDB |
| Plaintiff, | * |
| | * |
| vs. | * |
| | * |
| **RAISE THE BAR, LLC., et al.** | * |
| | * |
| Defendants. | * |

### *O R D E R*
### *MODIFYING THE SCHEDULING ORDER AND*
### *CONTINUING THE STATUS CONFERENCE*

***UPON CONSIDERATION*** of the Consent Motion to Modify the Scheduling Order and Continue the Status Hearing, it is, this _____ day of _____, 2008,

***ORDERED***, that the Motion be, and the same is hereby, ***GRANTED***, and it is further,

***ORDERED***, that paragraph of number 4 of this Court's Scheduling Order dated November 16, 2007 is modified as follows:

    4.   Expert discovery shall be completed as follows:

        a.   Plaintiff's expert report is due by April 30, 2008.

        c.   Defendant's expert report is due by August 1, 2008.

        d.   Defendant's expert shall be made available for deposition by not later then September 1, 2008.

and it is further,

**ORDERED**, that the Status Conference presently scheduled for April 16, 2008 is continued to the _____ day of May, 2008 at _____, in Courtroom 8.

_____
JOHN D. BATES
United States District Judge

*Copies to*:
Barry S. Kopit, Esquire
*LAW OFFICES JAY S. WEISS, P.C.*
1828 L Street, N.W.,
Suite 902
Washington, D.C. 20036

Nicholas S. McConnell, Esquire
Maria A. Hall, Esquire
*JACKSON & CAMPBELL, P.C.*
1120 - 20th Street, N.W.
South Tower
Washington, D.C. 20036