IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **BRYAN HACKER** | * |
| **4115 N. 16th Place** | * |
| **Arlington, VA 22207** | * |
| | *Civil Action No.1:07-CV-01113-JDB |
| Plaintiff, | * |
| | * |
| vs. | * |
| | * |
| **RAISE THE BAR, LLC.,** | * |
| **d/b/a Coyote Ugly** | * |
| **717 6th Stree, N.W.** | * |
| **Washington, D.C. 20001, et al.** | * |
| | * |
| Defendant. | * |

### STIPULATION TO CORRECT THE NAME OF
### DEFENDANT ANDRE JOHNSON

THE CLERK will please note that Defendant ANDRE JOHNSON was improperly identified in the Complaint and that the proper party to be named is ANDRE THOMPSON. Counsel jointly stipulate and request that the Clerk correct this misnomer and substitute ANDRE THOMPSON in place and instead of ANDRE JOHNSON as a named Defendant in this matter.

Respectfully submitted,                    Respectfully submitted,

*LAW OFFICES JAY S. WEISS, P.C.*            *JACKSON & CAMPBELL, P.C.*

By: /s/Barry S. Kopit                      By:/s/ Maria A. Hall
    Barry S. Kopit #419025                    Nicholas S. McConnell
    1828 L Street, N.W., Suite 902            #167742
    Washington, D.C. 20036                    Maria A. Hall #488727
    1828 L Street, N.W., Suite 902            1120 20th Street, N.W.
    (202)872-1545                             South Tower
    Barry@jsweisspc.com                       Washington, D.C. 20036
    Attorney for Plaintiff                    (202)457-1600-telephone
    Bryan Hacker                              (202)457-1678-facsimile
                                              NmcConnell@Jackscamp.com

                                              Attorney for Defendant
                                              Raise the Bar, LLC.

### ***CERTIFICATE OF SERVICE***

I HEREBY CERTIFY that a copy of the Stipulation to Correct the Name of Defendant Andre Johnson was mailed first class, postage prepaid, this 13th day of May, 2008, to the following:

        Maria A. Hall, Esquire
        JACKSON & CAMPBELL, P.C.
        1120 20th Street, N.W.
        South Tower
        Washington, D.C. 20036

                        /s/Barry S. Kopit
                        Barry S. Kopit
                        Attorney for Plaintiff