IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| Bryan Hacker<br>4115 N. 16th Place<br>Arlington, VA  22207 | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.  1:07-CV-01113-JDB |
| Raise the Bar, LLC<br>d/b/a Coyote Ugly<br>717 6th Street, N.W.<br>Washington, DC 20001, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT ANDRE THOMPSON'S CONSENT MOTION FOR STAY OF CASE PURSUANT TO THE SOLDIERS' AND SAILORS' RELIEF ACT

Defendant Andre Thompson (hereinafter "Defendant"), by counsel, moves for an Order staying the above-captioned case with leave for the parties to conduct depositions of the Plaintiff and his witnesses notwithstanding the Stay, and as grounds therefore states as follows:

1.      Defendant is a Staff Sergeant on active duty with the U.S. Marines.

2.      Defendant has recently been ordered to report for duty with the Third Battalion, Seventh Marines in Palm Springs, California, where he expects to reside from May 7, 2008 until July or August and then be transferred to Iraq for an indefinite period of time.

3.  Sec. 201 of the Soldiers' and Sailors' Relief Act of October 17, 1940, 54 Stat. 1178, 1181, 50 U.S.C.A. Appendix, §521, states that:

> At any stage thereof any action or proceeding in any court in which a person in military service is involved, either as plaintiff or defendant, during the period of such service or within sixty days thereafter may, in the discretion of the court in which it is pending, on its own motion, and shall, on application to it by such person or some person on his behalf, be stayed as provided in this Act, unless, in the opinion of the court, the ability of plaintiff to prosecute the action or the defendant to conduct his defense is not materially affected by reason of his military service. Id.

See also, In re Adoption of a Minor, 78 U.S. App. D.C. 48 (1943).

4.    In Boone v. Lightner, 319 U.S. 561, 575; 63 S. Ct. 1223, 1596 (1943), the U.S. Supreme Court stated as follows:

> The Soldiers' and Sailors' Civil Relief Act is always to be liberally construed to protect those who have been obliged to drop their own affairs to take up the burdens of the nation. The discretion that is vested in trial courts to that end is not to be withheld on nice calculations as to whether prejudice may result from absence, or absence result from the service. Absence when one's rights or liabilities are being adjudged is usually prima facie prejudicial. But in some few cases absence may be a policy, instead of the result of military service, and discretion is vested in the courts to see that the immunities of the Act are not put to such unworthy use. Id.

5.    There is no dispute between the parties that based on the above case law and the facts of this case, Defendant's absence resulting from his military service will prejudice his ability to conduct his defense.

6.    Therefore, the Defendant requests that this Court stay the above case under the Soldiers and Sailors Relief Act until the Court orders a lift stay of this case upon further motion by the Plaintiff when the Defendant returns to the District of Columbia from overseas.

2

708227v.1

7.    Notwithstanding any Stay of the proceedings, the parties request that this Court permit the parties to conduct depositions of the Plaintiff and Plaintiff's witnesses. The parties believe that such depositions will be potentially useful in settling this case.

WHEREFORE, Defendant Andre Thompson requests that this Court Order a stay of the above-captioned case with leave to conduct depositions of the Plaintiff and his witnesses notwithstanding the Stay.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

/s/ Maria Hall

By:_____

Nicholas S. McConnell (Bar No. 167742)
Maria A. Hall (Bar No. 488727)
1120 20th Street, N.W., South Tower
Washington, D.C.  20036
(202) 457-1600 – telephone
(202) 457-1678 – facsimile
NMcConnell@Jackscamp.com
MHall@Jackscamp.com

Counsel for Defendants

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2008, I caused a copy of the foregoing "Defendant Andre Thompson's Consent Motion for Stay of Case pursuant to the Soldiers' and Sailors' relief Act" to be served electronically and/or by first class-mail upon:

Barry S. Kopit, Esq.
1828 L Street, N.W., Suite 902
Washington, DC 20036
Counsel for Plaintiff Bryan Hacker

/s/ Maria A. Hall
Maria A. Hall

4

708227v.1