IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| Bryan Hacker ) <br> 4115 N. 16th Place ) <br> Arlington, VA 22207 ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Raise the Bar, LLC ) <br> d/b/a Coyote Ugly ) <br> 717 6th Street, N.W. ) <br> Washington, DC 20001, et al., ) <br> ) <br>       Defendants. ) | Civil Action No: 1:07-CV-01113-JDB |

## CONSENT TO REMOVAL OF DEFENDANT ANDRE THOMPSON

Without waiving any right to deny that any cause of action exists against it and without waiving any other defenses, exception, or obligation which may exist in his favor, Defendant Andre Thompson hereby consents to the Notice of Removal filed by Defendant Ugly, Inc., in the above captioned matter removing that certain litigation styled *Bryan Hacker v. Raise the Bar, et al*, civil case no. 2007 CA 000168 B on the docket of the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Wherefore, Defendant Raise the Bar, LLC, respectfully requests this action be removed to this court.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.


By: /s/ Maria A. Halll
    Nicholas S. McConnell (Bar No. 167742)
    Maria A. Hall (Bar No. 488727)
    1120 20th Street, N.W., South Tower
    Washington, D.C. 20036
    (202) 457-1600 – telephone
    (202) 457-1678 – facsimile
    NMcConnell@Jackscamp.com
    MHall@Jackscamp.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May 2008, I caused a copy of the foregoing Consent to Removal of Defendant Andre Thompson to be served electronically and/or by first class-mail upon:

> Barry S. Kopit, Esq.
> 1828 L Street, N.W., Suite 902
> Washington, DC 20036
> Counsel for Plaintiff Bryan Hacker

/s/ Maria A. Hall
Maria A. Hall