UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRYAN A. HACKER,**<br><br>　　**Plaintiff,**<br><br>　　　v.<br><br>**RAISE THE BAR, LLC**<br>**d/b/a Coyote Ugly, et al.,**<br><br>　　**Defendants.** | Civil Action No. 07-1113 (JDB) |

## ORDER

Pursuant to the status hearing with the Court on this  15th  day of May, 2008, defendant Andre Thompson's unopposed motion for stay of case pursuant to the Soldiers' and Sailors' Relief Act, and the parties' agreement that limited discovery should be allowed to proceed in the event of a stay, it is hereby

**ORDERED** that Andre Thompson shall be substituted for Andre Johnson in the case caption, pursuant to stipulation of the parties, and the Clerk of Court shall correct the docket to reflect this correction; it is further

**ORDERED** that defendant Thompson's unopposed motion for stay of case is **GRANTED**, and all further proceedings shall be **STAYED** except as provided in this Order; it is further

**ORDERED** that pursuant to the agreement of the parties (including defendant Thompson), the depositions of plaintiff and plaintiff's witnesses may proceed;[1] it is further

---

[1] Counsel for defendant Thompson represented at the status hearing that Thompson has waived any objections to the completion and use of such depositions.

**ORDERED** that the foregoing discovery shall be completed by not later than September 2, 2008; and it is further

**ORDERED** that a status hearing shall be held on September 3, 2008, at 9:00 a.m. in Courtroom 8.

/s/
JOHN D. BATES
United States District Judge

Date: May 15, 2008