IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| Bryan Hacker<br>4115 N. 16th Place<br>Arlington, VA  22207 | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Civil Action No.  1:07-CV-01113-JDB |
| Raise the Bar, LLC<br>d/b/a Coyote Ugly<br>717 6th Street, N.W.<br>Washington, DC 20001, et al., | ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' CONSENT MOTION FOR CONTINUANCE OF
THE SEPTEMBER 3, 2008 STATUS HEARING**

Defendants Raise the Bar, LLC, and  Andre Thompson (hereinafter
"Defendants"), by counsel, move for an Order continuing the September 3, 2008 status
hearing in the above captioned case and as grounds therefore state as follows:

1.      On May 15, 2008, this Court entered an order granting Defendant Andre
Johnson's unopposed motion for stay of case pursuant to the Soldiers' and Sailors'
Relief Act, and allowing the depositions of Plaintiff and Plaintiff's witnesses to proceed
upon consent of parties.

2.      The Court also scheduled a status hearing for September 3, 2008.

3.      Since the Court's order, the parties have exchanged written discovery, but
have not completed depositions, due, in part, to the inability to locate Plaintiff's
witnesses.

4.    Accordingly, the parties request that this Court continue the September 3, 2008 status conference to allow additional time for the parties to conduct depositions as aforementioned.

5.    The Plaintiff consents to this motion and no parties will be prejudiced by the Court granting this modest continuance.

5.    The parties respectfully suggest the following alternate dates for a continuance of the status hearing: November 3, November 4 or November 6.

WHEREFORE, Defendants Raise the Bar, LLC, and  Andre Thompson (hereinafter "Defendants"), request that this Court grant Defendants' Consent Motion for a Continuance of the September 3, 2008 Status Hearing.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.


/s/ Maria Hall

By:_____

Nicholas S. McConnell (Bar No. 167742)
Maria A. Hall (Bar No. 488727)
1120 20th Street, N.W., South Tower
Washington, D.C.  20036
(202) 457-1600 – telephone
(202) 457-1678 – facsimile
NMcConnell@Jackscamp.com
MHall@Jackscamp.com

Counsel for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2008, I caused a copy of the foregoing "DEFENDANTS' CONSENT MOTION FOR CONTINUANCE OF THE SEPTEMBER 3, 2008 STATUS CONFERENCE" to be served electronically and/or by first class-mail upon:

Barry S. Kopit, Esq.
1828 L Street, N.W., Suite 902
Washington, DC 20036
Counsel for Plaintiff Bryan Hacker


/s/ Maria A. Hall
Maria A. Hall

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| Bryan Hacker | ) | |
| 4115 N. 16th Place | ) | |
| Arlington, VA 22207 | ) | |
|        Plaintiff, | ) | |
| | ) | |
|    v. | ) | Civil Action No. 1:07-CV-01113-JDB |
| | ) | |
| Raise the Bar, LLC | ) | |
| d/b/a Coyote Ugly | ) | |
| 717 6th Street, N.W. | ) | |
| Washington, DC 20001, et al. | ) | |
|        Defendants | | |

## ORDER

Upon consideration of the Defendants' Consent Motion for Continuance of the

September 3, 2008 Status Hearing, it is, this _____ day of _____, 2008,

hereby

ORDERED, that the motion be, and it hereby is, granted; and it is

FURTHER ORDERED, that the status conference is continued until _____day of

_____, 2008, at _____ am/pm.


_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

- 2 -

COPIES VIA CASE FILE XPRESS AND/OR FIRST CLASS MAIL TO:

Barry S. Kopit, Esq.
1828 L Street, N.W., Suite 902
Washington, DC 20036
Counsel for Plaintiff Bryan Hacker

Nicholas S. McConnell, Esq.
Maria A. Hall, Esq.
Jackson & Campbell, P.C.
1120 20th Street, N.W., South Tower
Washington, D.C.  20036
Counsel for Defendants Raise the Bar, LLC
and Andre Thompson